**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOSHUA DWYER**                                                                                    **PLAINTIFF**

**v.**                                         **Case No. 4:25-cv-00257-KGB**

**FAULKNER COUNTY DETENTION
CENTER UNIT 1,** *et al.*                                                                    **DEFENDANTS**

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3).  The Court has reviewed the Recommendation (*Id.*).  No party has filed objections to the Recommendation, and the time to do so has passed.  Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*).  *Pro se* plaintiff Joshua Dwyer's complaint is dismissed without prejudice (Dkt. No. 1).

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge